USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT OWENS,

                  *Plaintiff*,              18-cv-4837 (LGS)

      -against-

COFFEED CORPORATION,
THE LANDING AT NEW LEAF LLC,
COFFEED AT THE MOUNT LLC,
FRANK RAFFAELE,
CATHERINE MOSOMILLO, and
DAVID BARBAG,

                  *Defendants*.

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, November 15, 2018, Plaintiff Robert Owens ("Plaintiff") and Defendants Coffeed Corporation, The Landing at New Leaf LLC, Coffeed At The Mount LLC, Frank Raffaele, Catherine Mosomillo, and David Barbag (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above-captioned action are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Law Offices of Scott A. Lucas
By: _____
Andrew R. Sack
250 Park Avenue, Suite 2020
New York, New York 10177
(212) 983-6000
scott@lucasemploymentlaw.com
*Attorneys for Plaintiff*

Goldberg Segalla LLP
By: _____
Allison E. Ianni
711 Third Avenue, Suite 1900
New York, New York 10017
(212) 281-9840
aianni@goldbergsegalla.com
*Attorneys for Defendants.*

Dated: November 15, 2018
      New York, New York

**SO ORDERED**

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE